# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JIMMY GETTINGS,<br><br>        Plaintiff,<br><br>v.<br><br>PHILIPPINE AIRLINES, *et al.*,<br><br>        Defendants. | Case No. 2:15-CV-00705-APG-PAL<br><br>**ORDER**<br><br>(Dkt. #4) |

On July 27, 2015, Magistrate Judge Leen entered an order (Dkt. #4) recommending I dismiss this complaint because the plaintiff did not file an amended complaint within 30 days as ordered. Plaintiff Jimmy Gettings did not file an amended complaint, and he did not file an objection to Judge Leen's order.

I conducted a de novo review of the issues set forth in the Report & Recommendation. 28 U.S.C. § 636(b)(1). Judge Leen set forth the proper legal analysis and factual basis for the decision.

IT IS THEREFORE ORDERED that the findings and recommendation (Dkt. #4) is accepted.

IT IS FURTHER ORDERED that this action is dismissed without prejudice.

DATED this 2nd day of September, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE